**Joseph P. CARSON, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

and

**Department of Energy, Intervenor.**

No. 2007–3134.

United States Court of Appeals, Federal Circuit.

Nov. 9, 2007.

Joseph P. Carson, of Knoxville, Tennessee, pro se.

Jeffrey A. Gauger, Acting Associate General Counsel, Office of the General Counsel, United States Merit Systems Protection Board, of Washington, DC, for respondent. With him on the brief were B. Chad Bungard, General Counsel, and Rosa M. Koppel, Deputy General Counsel.

Roger A. Hipp, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for intervenor. With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

David B. Nolan, of Alexandria, Virginia, for amici curiae, P. Jeffrey Black, et al.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge and MOORE, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.